UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JAMES MICHAEL CONTRERAS (4),<br><br>               Defendant. | Case No.  21cr2359-JLS<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS in the Indictment the United States sought forfeiture of all right, title, and interest in a specific property of Defendant JAMES MICHAEL CONTRERAS ("Defendant"), pursuant to Title 21, United States Code, Section 853 as property constituting or derived from proceeds of the offense and as property used to commit or to facilitate the commission of the offense set forth in Counts 1 and 2 of the Indictment which allege violation of Title 21, United States Code, Sections 841(a)(1) and 846; and

WHEREAS, on or about August 2, 2022, Defendant pled guilty before Magistrate Judge Allison H. Goddard to offense set forth in Count 1 of the Indictment, charging the defendant with distribution of and conspiracy to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and 846, consented to the forfeiture allegations of the Indictment, and agreed to forfeit all property

seized in connection with this case, including, but not limited to $16,474.00 U.S. Currency pursuant to Title 21, United States Code, Section 853.

WHEREAS, on September 6, 2022, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited $16,474.00 U.S. Currency and the offense of conviction; and,

WHEREAS, on or about June 17, 2021, the currency was administratively forfeited in the Southern District of California by the Drug Enforcement Administration ("DEA") and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received; and

According, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant JAMES MICHAEL CONTRERAS in the $16,474.00 U.S. Currency is hereby forfeited to the United States.

2. The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture actions are required in this case.

3. This order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

IT IS SO ORDERED.

Dated: November 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge